OFFICE OF DISCIPLINARY COUNSEL *v.* BUSSINGER.

[Cite as Disciplinary Counsel *v.* Bussinger (1989), 44 Ohio St. 3d 145.]

(No. 89-659—Submitted May 31, 1989—Decided July 26, 1989.)

*J. Warren Bettis,* disciplinary counsel, and *Karen B. Hull,* for relator.

*Per Curiam.* We concur with the board's findings and recommendation. Respondent is hereby ordered indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.